**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| Brook-Hollow Capital, LLC, | Court File No.: 7:24-cv-00466 |
| Plaintiff, | Hon. Judge Ricardo H. Hinojosa |
| v. | **DECLARATION OF MICHAEL S. PONCIN** |
| Garcia Law Group, PLLC and Maria L. Garcia, | |
| Defendants. | |

**DECLARATION OF MICHAEL S. PONCIN**

Michael S. Poncin, declares and states as follows:

1. I am over eighteen years of age, am not suffering from any mental disability, and am legally competent to make this declaration as an attorney for Plaintiff, Brook-Hollow Capital, LLC.

2. Attached as Ex. A is a true and correct copy of the Original Petition filed in state court in 2016.

3. Attached as Ex. B is a true and correct copy of the petition in interpleader and declaratory judgment filed in state court.

4. Attached as Ex. C is a true and correct copy of the Register of Action in the state court matter.

5. Attached as Ex. D is a true and correct copy of Garcia Law Group's general denial filed in the state court action.

6. Attached as Ex. E is a true and correct copy of Garcia Law Group's counterclaim and cross claim filed in the state court action.

7. Attached as Ex. F is a true and correct copy of the amended petition interpleader filed in the state court action.

8. Attached as Ex. G is a true and correct copy of Garcia Law Groups amended counterclaim and cross claim filed in the state court action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2025

s/Michael S. Poncin