Exhibit D

## CAUSE NO. C-2917-16-B

| | | |
|---|---|---|
| JORGE GARCIA, Individually and on behalf of the Estate of ABRAHAM GARCIA, deceased, LUIS ROGELIO PUENTE MARTELL, Individually and on behalf of the Estate of LUIS ROGELIO PUENTE VILLELA, deceased, OLIVIA MIRIAM VILLELA ORTIZ, Individually, and DANIELLA BARAJAS Individually and on behalf of the Estate of AURELIANO BARAJAS, ANTONIO BARAJAS, Individually<br><br>      Plaintiffs,<br><br>JEANETTA IZELA GARCIA FASSION, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF AURELIANO BARAJAS, DECEASED, AND AS NEXT FRIEND OF AURELIANO BARAJAS GARCIA, A MINOR, INDIVUDALLY, AND ANDRES BARAJAS GARCIA, A MINOR, INDIVIDUALLY,<br><br>      Intervenors,<br>v.<br><br>LYCOMING ENGINES, A DIVISION OF AVCO COPORATION, AND AVCO CORPORATION; TEXTRON AVIATION, INC., CESSNA AIRCRAFT COMPANY; MCCREERY AVIATION COMPANY INC.; AVIATION MANUFACTURING COMPANY, INC. AND INTERSTATE SOUTHWEST LTD.<br><br>      Defendants,<br><br><br>And<br><br>WEBSTER VICKNAIR MACLEOD<br><br>Interpleading Plaintiff. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | IN THE DISTRICT COURT<br><br><br><br><br><br><br><br><br><br><br><br>OF HIDALGO COUNTY, TEXAS<br><br><br><br><br><br><br><br><br><br><br><br><br>93ʳᴰ JUDICIAL DISTRICT |

# DEFENDANT THE GARCIA LAW GROUP, PLLC'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **The Garcia Law Group, PLLC,** Defendant in the above-entitled and numbered cause and files this Original Answer to Plaintiff's Petition in Interpleader and Declaratory Judgment Action. In support thereof, **The Garcia Law Group, PLLC**, respectfully shows the Court the following:

## I.    GENERAL DENIAL

Subject to such stipulations or admissions as may hereinafter be made or filed, Defendant **The Garcia Law Group, PLLC** generally denies the allegations contained in Plaintiff's Petition in Interpleader and Declaratory Judgment Action and demands that Interpleading Plaintiff should be made to prove each allegation by a preponderance of the evidence.

WHEREFORE, PREMISES CONSIDERED, Defendant, **The Garcia Law Group, PLLC**, prays that Interpleading Plaintiff take nothing by this suit against Defendant, and that the Court grant such other and further relief, both general and special, at law and in equity to which Defendant may be justly entitled.

    Respectfully submitted,

    MARTINEZ REILLY, LLP

    By:  /s/ Mark Carrigan
        Marion M. Reilly
        Texas Bar No. 24079195
        Email: Marion@mrtrial.com
        Hon. John B. Martinez
        Texas State Bar No. 24010212
        E-Mail: john@mrtrial.com
        Kyle A. Batson
        Texas State Bar No. 24136732
        Email: Kyle@mrtrial.com
        Mark Carrigan – *Of Counsel*
        *Texas State Bar No.* 03875200
        E-mail; Service@mrtrial.com
        3636 South Alameda, Ste. B119
        Corpus Christi, Texas 78411

Direct: (361) 273-6771
Fax: (361) 704-8355
** Service Email**      Service@mrtrial.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record in accordance with the Texas Rules of Civil Procedure on this 6th day of November, 2024.

/s/ *Mark A. Carrigan*
Mark A. Carrigan

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sharon Casas on behalf of Mark Carrigan
Bar No. 3875200
scasas@carriganlawgroup.com
Envelope ID: 94000680
Filing Code Description: Answer/Response
Filing Description: Answer/Response
Status as of 11/6/2024 3:29 PM CST

Associated Case Party: Jorge Garcia

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| RUSSELL SERAFIN | | rserafin@thewebsterlawfirm.com | 11/6/2024 2:27:16 PM | SENT |
| HEIDI O.VICKNAIR | | hvicknair@thewebsterlawfirm.com | 11/6/2024 2:27:16 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| JASON WEBSTER | | FILING@THEWEBSTERLAWFIRM.COM | 11/6/2024 2:27:16 PM | SENT |
| Marion Reilly | | service@mrtrial.com | 11/6/2024 2:27:16 PM | ERROR |