United States District Court
Southern District of Texas

**ENTERED**

April 17, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BROOK-HOLLOW CAPITAL, LLC | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| | ) | M-24-466 |
| GARCIA LAW GROUP, PLLC | ) | |
| MARIA L. GARCIA | ) | |

## MEDIATION ORDER

The Court, having determined that this case is appropriate for referral to mediation under Local Rule 16.4, on its own motion, without objection from the parties, refers this case to a mediator who shall be agreed upon by the parties within fourteen (14) days from the date of this Order. Mediation is a mandatory but nonbinding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator.

Within fourteen (14) business days from the date of this order all counsel must contact the mediator to arrange the details of mediation. If the parties and mediator cannot agree on a date, the mediator will select a date, and the parties shall appear as directed by the mediator. Mediation shall occur no later than sixty (60) days from the date of this Order. All proceedings in a mediation session are confidential and privileged from discovery.

1

No subpoena, summons, or discovery paper shall be served at or near the location of any mediation session upon any person entering, leaving, or attending any mediation session.

Counsel and the parties shall endeavor in good faith to resolve the case through mediation. Each party who is a natural person must be present during the entire mediation. Each party that is not a natural person must be represented by a principal, partner, officer, or official with authority to negotiate a settlement. If one or more insurance companies must be involved in a settlement of the case, a representative from each insurance company with authority to negotiate a settlement shall be present during the mediation.

The mediator and the parties will determine the fee for the mediation. The fee is to be divided and borne equally by the parties unless otherwise agreed or ordered.

Rule 16 Scheduling Order deadlines and pending settings are hereby cancelled. All pending motions are denied without prejudice to refiling same in writing within seven (7) days after the entry of the Memorandum filed by the mediator pursuant to Local Rule 16.4.K.(2) if the mediation was unsuccessful and without any waiver of a substantive or procedural right of any party with regards to any motion which may be filed or refiled.

2

Within ten (10) days after the mediation, the mediator will file with the Clerk the Memorandum required by Local Rule 16.4.K.(2). No information about the mediation, other than that required by Local Rule 16.4, may be given to the Court by anyone.

SIGNED on this _17th_ day of April, 2025, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE

3