IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| Brook-Hollow Capital, LLC, | Court File No.: 7:24-cv-00466 |
| Plaintiff, | Hon. Judge Ricardo H. Hinojosa |
| v. | |
| Garcia Law Group, PLLC and Maria L. Garcia, | **REPORT OF MEDIATOR** |
| Defendants. | |

The Undersigned, having been selected by the parties to mediate this matter, conducted a mediation on June 3, 2025. The parties appeared and participated with the assistance of counsel.

The mediation did not result in a settlement.

Date:   June 16, 2025

**Robert K. Schaffer**

*Senior Judge | Mediator | Arbitrator*

MILES MEDIATION & ARBITRATION

4305 Yoakum Boulevard

Houston, TX 77006

o. (713) 396-5991

w. [milesadr.com](milesadr.com)

10335482v2