UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Brook−Hollow Capital, LLC

v.                                                  Case Number: 7:24−cv−00466

Garcia Law Group, PLLC, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**
Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**   7/23/2025

**TIME:**   04:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   June 23, 2025

Nathan Ochsner, Clerk