IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **BROOK-HOLLOW CAPITAL, LLC** <br> *Plaintiff,* | § <br> § <br> § <br> § | |
| vs. | § <br> § | 7:24-cv-466 |
| **GARCIA LAW GROUP, PLLC AND** <br> **MARIA L. GARCIA,** <br> *Defendants.* | § <br> § <br> § <br> § | |

## UNOPPOSED MOTION TO CONTINUE THE JULY 23, 2025 STATUS CONFERENCE

COMES NOW, Defendants, the Garcia Law Group, PLLC, and Maria L. Garcia, and file the following Motion to Continue the July 23, 2025 Status Conference, and respectfully show the Court as follows:

1. On June 23, 2025, Counsel for Defendants received a notice setting this matter for a Status Conference on July 23, 2025.

2. Lead counsel for Defendants the Garcia Law Group, PLLC, and Maria L. Garcia, Marion M. Reilly, states that a conflict exists with this setting. Since Ms. Reilly's children are currently on Summer break, she scheduled a week-long vacation and activities during the week of the Status Conference.

3. Defendants request that the Status Conference be continued to August 6, 2025, if possible, or a later date.

4. Counsel for Defendants has conferred with Plaintiff's counsel who is unopposed to the continuance and further agrees to the date of August 6, 2025, as no conflicts exist.

**PRAYER**

5. For these reasons, Defendants ask the Court to grant Defendants' Unopposed

Motion to Continue the July 23, 2025 Status Conference and reset the setting to August 6, 2025, or a later date.

July 1, 2025                    Respectfully submitted,

**MARTINEZ REILLY, PLLC**

<u>*/s/ Marion M. Reilly*</u>
Marion M. Reilly
State Bar No. 24079195
Federal ID. 1357491
Email: Marion@mrtrial.com
John B. Martinez
State Bar No. 24010212
Federal ID. No. 23612
Email: John@mrtrial.com
Kyle A. Batson
Texas State Bar No. 24136732 Email: <u>Kyle@mrtrial.com</u>
Mark Carrigan – *Of Counsel*
*Texas State Bar No.* 03875200
3636 S. Alameda, Ste. B119
Corpus Christi, Texas 78412
Dir: (361) 273-6771
Fax: (361) 704-8355
\*\*Service Email address: Service@mrtrial.com

      *and*

Carlos A. Garcia
State Bar No. 24048934
Southern District of Texas Bar No.: 589236
1305 East Griffin Parkway
Mission, Texas 78572
Tel. (956) 584-1448
Fax: (956) 584-7402
Email@thegarciafirm.com

***ATTORNEYS FOR DEFENDANTS***

<u>**CERTIFICATE OF CONFERENCE**</u>

  This is to certify that counsel for Defendants has conferred with Plaintiff's counsel and there is no opposition to this motion. Further, counsel agrees to the requested date of August 6, 2025, for a Status Conference.

## **CERTIFICATE OF SERVICE**

This is to certify that on Tuesday, July 1, 2025, a true and correct copy of the foregoing document has been served to all counsel of record via ECF notification in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

><ins>*/s/ Marion M. Reilly*</ins>
>Marion M. Reilly