United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BROOK-HOLLOW CAPITAL, LLC<br>*Plaintiff,*<br><br>vs.<br><br>GARCIA LAW GROUP, PLLC AND<br>MARIA L. GARCIA,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 7:24-cv-466 |

### ORDER ON DEFENDANTS' MOTION TO CONTINUE

Came to be considered Defendants' Motion to Continue the July 23, 2025 Status Conference. The court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Defendants' Motion to Continue the July 23, 2025 Status Conference is granted and the Status Conference is reset to August 6, 2025 at 3:30 p.m.

SIGNED this 7th day of July, 2025.

_____
RICARDO H. HINOJOSA
SENIOR U.S. DISTRICT JUDGE

1