IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **BROOK-HOLLOW CAPITAL, LLC** | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | **24-CV-00466** |
| | § | |
| **GARCIA LAW GROUP, PLLC AND MARIA L. GARCIA,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER ON DEFENDANTS' MOTION TO DISMISS

On _____, 2025, the court considered Defendants' Motion To Dismiss For Lack Of Capacity; Motion To Dismiss For Forum Non Conveniens; Motion To Dismiss For Lack Of Subject-Matter Jurisdiction; Motion To Dismiss For Failure To State A Claim; Alternative Motion To Stay Action Or Abstain In Favor Of Pending State Action; Memoranda In Support Of Each Of The Foregoing, And Subject To The Foregoing Motions, Verified Original Answer And Counter-Claim.

The court is of the opinion that the motion should be **DENIED**.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is DENIED and this case shall remain on thise Court's docket.

SIGNED and ENTERED on _____, 2025.

_____
Presiding Judge