UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:24-cv-00466 |
|---|---|---|---|

| Brook-Hollow Capital, LLC |
|---|
| *versus* |
| Garcia Law Group, PLLC et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Austin J. Malinowski<br>Moss & Barnett<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>T: (612) 877-5318; E: austin.malinowski@lawmoss.com<br>#0505204 MN |
|---|---|

| Name of party applicant seeks to appear for: | Brook-Hollow Capital, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/20/2025 | Signed: /s/ Austin J. Malinowski |
|---|---|

| The state bar reports that the applicant's status is: In good standing |
|---|
| Dated:    Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____        _____
                                                                  United States District Judge