United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BROOK-HOLLOW CAPITAL, LLC, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:24-CV-466 |
| GARCIA LAW GROUP, PLLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER RESETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter (previously set for September 3, 2025) is hereby reset for status conference on October 7, 2025, at 9:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. No. 47.

SO ORDERED August 27, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge