**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| BROOK-HOLLOW CAPITAL, LLC, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-466 |
| GARCIA LAW GROUP, PLLC, et al., | § § § | |
| Defendants. | § § | |

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL**

On this ___ day of _____, 2025 came on to be considered the Motion for Substitution of Counsel filed by Plaintiff, BROOK-HOLLOW CAPITAL, LLC, to substitute CYNTHIA CONTRERAS GUTIERREZ of CONTRERAS GUTIERREZ AND ASSOCIATES as counsel for Plaintiff in the above-styled and numbered civil action and release JOSEPH A. GARNETT of SPENCER FANE, LLP as counsel for Plaintiff.

IT IS ORDERED that said Motion be and is hereby GRANTED and CYNTHIA CONTRERAS GUTIERREZ of CONTRERAS GUTIERREZ AND ASSOCIATES is substituted in as counsel for Plaintiff, BROOK-HOLLOW CAPITAL, LLC, and JOSEPH A. GARNETT of SPENCER FANE, LLP is relieved of all responsibility in this case.

SIGNED this ___ day of _____, 2025.

_____
U.S. DISTRICT JUDGE
