United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BROOK-HOLLOW CAPITAL, LLC, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:24-CV-00466 |
| GARCIA LAW GROUP, PLLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO APPEAR VIA ZOOM

Upon consideration of Brook-Hollow Capital, LLC's Motion for Leave to Appear Remotely at the Status Conference (Dkt. No. 52), the Court hereby **ORDERS** that the Motion is **GRANTED** and counsel may attend the status conference on October 7, 2025, via Zoom. Counsel may obtain the log-in instructions from the Court's Case Manager.

SO ORDERED October 2, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge