# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

Brook–Hollow Capital, LLC
   Plaintiff(s)

v.                                                          Case No. 7:24–cv–00466

Garcia Law Group, PLLC, et al.
   Defendant(s)

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Fernando Rodriguez, Jr

**PLACE:**
by video

**DATE:** 10/15/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Status Conference


Date: October 6, 2025

                                                                               Nathan Ochsner, Clerk