United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BROOK-HOLLOW CAPITAL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-466 |
| | § | |
| GARCIA LAW GROUP, PLLC, AND | § | |
| MARIA L. GARCIA, | § | |
| | § | |
| Defendants. | § | |

## Scheduling Order

*Plaintiff must furnish a copy of this Scheduling Order to all new parties.*

1. Motion to join new parties must be filed by: — April 28, 2026

2. Party with burden on an issue shall name expert(s) and produce report(s) by: — May 26, 2026

3. Rebuttal expert(s) shall be named and report(s) produced by: — July 21, 2026

4. Discovery must be completed by: — October 13, 2026

    *Counsel may agree to continue discovery beyond the deadline. Absent exceptional circumstances, the Court will not grant a continuance because of information acquired in post-deadline discovery.*

5. Dispositive Motions and Motions to Exclude an Expert Witness must be filed by: — October 27, 2026

6. Plaintiff(s) must file the Joint Pretrial Order by: — February 16, 2027

7. Parties must file motions in limine and objections to proposed trial exhibits and witnesses by: — February 23, 2027

8. Final Pretrial Conference is set for 1:30 p.m. on: — March 2, 2027

    *The Court will schedule jury selection and/or the trial date at the Final Pretrial Conference.*

Signed on February 20, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge