**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| Brook-Hollow Capital, LLC, | Court File No.: 7:24-cv-00466 |
| | Hon. Judge Fernando Rodriguez, Jr. |
| Plaintiff, | |
| | |
| v. | |
| | **ORDER GRANTING PLAINTIFF'S** |
| Garcia Law Group, PLLC and | **MOTION FOR SUBSTITUTION OF** |
| Maria L. Garcia, | **COUNSEL** |
| | |
| Defendants. | |

On this __ day of April, 2026, came on to be considered the Motion for Substitution of Counsel filed by Interpleading Defendant, BROOK-HOLLOW CAPITAL, LLC ("BHC"), to substitute DAVID G. OLIVEIRA of ROERIG, OLIVEIRA & FISHER, LLP as counsel for Interpleading Defendant BHC in the above-styled and numbered civil action and release CYNTHIA CONTRERAS GUTIERREZ of CONTRERAS GUTIERREZ AND ASSOCIATES as counsel for Interpleading Defendant BHC.

IT IS ORDERED that said Motion be and is hereby GRANTED and DAVID G. OLIVEIRA of ROERIG, OLIVEIRA & FISHER, LLP is substituted in as counsel for Interpleading Defendant, BROOK-HOLLOW CAPITAL, LLC, and CYNTHIA CONTRERAS GUTIERREZ of CONTRERAS GUTIERREZ AND ASSOCIATES is relieved of all responsibility in this case.

SIGNED this __ day of April 2026.

_____
U.S. DISTRICT JUDGE