United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BROOK-HOLLOW CAPITAL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-466 |
| | § | |
| GARCIA LAW GROUP, PLLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In an unopposed motion, Beck Redden LLP and its attorneys Fields Alexander, Maryam Ghaffar, and Kaitie Sorenson, move to withdraw as counsel for Defendants. (Motion, Doc. 68) Attorney Marion O'Reilly will continue to appear on behalf of Defendants. The Court finds that good cause supports the requested relief.

Accordingly, it is:

**ORDERED** that the Beck Redden LLP's Unopposed Motion to Withdraw (Doc. 68) is **GRANTED**.

Beck Redden LLP and its attorney Fields Alexander, Maryam Ghaffar, and Kaitie Sorenson are discharged from further responsibility in this matter.

Signed on September 29, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge