**IN THE UNITED STATED DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| Brook-Hollow Capital, LLC,<br>Plaintiff, | Court File No.: 7:24-cv-00466<br>Hon. Judge Fernando Rodriguez, Jr. |
| v. | |
| Garcia Law Group, PLLC and<br>Maria L. Garcia,<br>Defendants. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Brook-Hollow Capital, LLC ("BHC"), by its undersigned counsel, moves the Court, pursuant to Fed. R. Civ. P. 56, for summary judgment on Counts I, III, IV, and V asserted by BHC and Defendants' Counterclaim. This motion is based upon the Memorandum of Law, supporting declarations, and Proposed Order that will be submitted in accordance with the Federal Rules of Civil Procedure and L.R. 7.1, along with all of the files, records, and proceedings in this action, as well as the arguments of the parties and counsel. BHC's Motion for Summary Judgment will be heard on a date and time set by the Court.

Dated: October 21, 2026

By:*/s/ David G. Oliveira*
David G. Oliveira
**ROERIG, OLIVEIRA & FISHER, LLP**
10225 N. Tenth St.
McAllen, Texas 78504
(956) 393-6300 Telephone
(956) 386-1625 Telecopier
Email: doliveira@rofllp.com
Texas State Bar No. 15254675

By:/s/*Austin J. Malinowski*
Austin J. Malinowski (Pro hac vice)
**COZEN O'CONNOR**
Minnesota State Bar No. 0505204
150 S. 5th Street, Suite 1200
Minneapolis, Minnesota 55402
Telephone: 612-877-5318
Email: AMalinowski@cozen.com

*ATTORNEYS FOR BROOK-HOLLOW CAPITAL, LLC*