**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

Brook-Hollow Capital, LLC,

Plaintiff,

v.

Garcia Law Group, PLLC and
Maria L. Garcia,

Defendants.

Court File No.: 7:24-cv-00466
Hon. Fernando Rodriguez, Jr.

**JOINT MOTION TO STAY SCHEDULING ORDER AND BRIEFING DEADLINES**

Plaintiff Brook-Hollow Capital, LLC, and Defendants Garcia Law Group, PLLC and Maria L. Garcia, by and through their respective counsel of record, jointly move the Court to stay all current deadlines set forth in the Scheduling Order (Doc. 58), as amended (Doc. 76), and all briefing deadlines in conjunction with Plaintiff's pending Motion for Summary Judgment (Doc. 71) to allow the parties time to memorialize the terms of their recent settlement. The requested stay is not sought for purposes of delay, but rather to permit the parties to memorialize the terms of a formal settlement agreement the parties have reached in principle and allow time to obtain the necessary releases from various third-parties. For the reasons explained herein, the parties move the court to stay all pending case and briefing deadlines.

A court's "power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Langiano v. City of Fort Worth, Texas*, 131 F.4th 285, 290 (5th Cir. 2025) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). "A federal district court has wide discretion in deciding whether to stay a case before it." *Bar Grp., LLC v. Bus. Intel. Advisors, Inc.*, 215 F. Supp. 3d 524, 550 (S.D. Tex. 2017). The court must "weigh competing interests and maintain an even balance" when deciding whether to grant a stay of proceedings. *Curtis v. BP Am., Inc.*, 808

F. Supp. 2d 976, 978 (S.D. Tex. 2011). A stay of proceedings is appropriate when neither party will be prejudiced and the stay will promote judicial efficiency. *See Coker v. Select Energy Servs., LLC*, 161 F. Supp. 3d 492, 495 (S.D. Tex. 2015).

In the present case, neither party will suffer prejudice from a stay. The parties jointly seek a stay of proceedings to diligently work together to coordinate the drafting, review, and execution of a settlement agreement, while simultaneously seeking necessary releases from third parties implicated by the settlement agreement's material terms. Furthermore, a stay of proceedings will promote judicial efficiency as neither the Court nor the parties will expend precious time and resources litigating the merits of the case while the parties work to finalize the terms of a formal settlement agreement.

Accordingly, the parties jointly request that the Court enter the accompanying Proposed Order staying all pending case management and briefing deadlines as set forth therein.

**ROERIG, OLIVEIRA & FISHER, LLP**

By:*s/ David G. Oliveira*
David G. Oliveira
10225 N. Tenth St.
McAllen, Texas 78504
(956) 393-6300 Telephone
(956) 386-1625 Telecopier
Email: doliveira@rofllp.com
Texas State Bar No. 15254675

**COZEN O'CONNOR**

By: *s/ Austin J. Malinowski*
Matthew R. Burton (#210018 MN) (pro hac vice)
Austin J. Malinowski (0505204 MN) (pro hac vice)
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 877-5000
Email: mburton@cozen.com
Email: amalinowski@cozen.com

*ATTORNEYS FOR BROOK-HOLLOW CAPITAL, LLC*

**MARTINEZ REILLY, PLLC**

*/s/ Marion M. Reilly*

Marion M. Reilly
State Bar No. 24079195
Federal ID. 1357491
Email: Marion@mrtrial.com
John B. Martinez
State Bar No. 24010212
Federal ID. No. 23612
Email: John@mrtrial.com
Michael E. Richardson
Texas State Bar No. 24002838
Email: michael@mrtrial.com
Matthew L. McMullen
Texas State Bar No. 24135994
Email: matt@mrtrial.com
Leslie M. Bearden
Texas State Bar No. 24079488
Email: Leslie@mrtrial.com
3636 S. Alameda, Ste. B119
Corpus Christi, Texas 78412
Dir: (361) 273-6771
Fax: (361) 704-8355
**Service Email address: Service@mrtrial.com

*COUNSEL FOR DEFENDANTS GARCIA LAW GROUP, PLLC AND MARIA L. GARCIA*