**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

Brook-Hollow Capital, LLC,

Plaintiff,

v.

Garcia Law Group, PLLC and
Maria L. Garcia,

Defendants.

Court File No.: 7:24-cv-00466
Hon. Fernando Rodriguez, Jr.

**ORDER STAYING SCHEDULING ORDER AND BRIEFINF DEADLINES**

The above-entitled matter is before the Court on the parties' Joint Motion to Stay Scheduling Order and Briefing Deadlines. Having reviewed the motion, the Court finds good cause to stay all pending deadlines set forth in the Scheduling Order (Doc. 58), as amended (Doc. 76), and all briefing deadlines in conjunction with Plaintiff's pending Motion for Summary Judgment (Doc. 71). If a joint motion to dismiss all pending claims is not filed with the Court within 90 days, the Court will set a status conference at its earliest convenience.

**IT IS SO ORDERED.**

BY THE COURT:

Dated: _______________, 2026

_____________________________________
Honorable Fernando Rodriguez, Jr.
United States District Court