October 26, 2026

*VIA E-FILE*

Honorable Fernando Rodriguez, Jr.
United States District Court for the Southern
District of Texas, McAllen Division
1701 West Bus. Hwy. 83
McAllen, TX 78501

Re: Brook-Hollow Capital, LLC v. Garcia Law Group, PLLC and Maria L. Garcia
Court File No. 7:24-cv-00466 (S.D. Tex.)

Dear Judge Rodriguez:

We represent Brook Hollow Capital, LLC ("BHC") in the above-captioned matter. The parties to the above-captioned litigation recently reached an agreement on the material terms of a settlement, and are working together to memorialize the terms of their agreement in a final settlement agreement. Accordingly, the parties are filing herewith a Joint Motion to Stay Scheduling Order and Briefing Deadlines. Accordingly, we respectfully ask the Court to sign the proposed Order Staying Scheduling Order and Briefing Deadlines on an expedited basis so as to remove any potential prejudice and conflict with pending Scheduling Order and briefing deadlines.

If the Court needs further information, please do not hesitate to contact me at the earliest convenience.

Very truly yours,

*/s/ Austin J. Malinowski*

**Austin J. Malinowski**
Attorney At Law
P: 612-877-5318
amalinowski@cozen.com

cc: All counsel of record (via E-File)